IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGER TREADWELL                                                           PLAINTIFF

v.                CASE NO. 4:18-CV-00211 BSM

SOCIAL SECURITY ADMINISTRATION                          DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 12] is adopted without objection. Accordingly, the Commissioner's decision is affirmed, and plaintiff Roger Treadwell's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 17th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE